IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01121-WJM-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$15,410.00 IN UNITED STATES CURRENCY,
2001 GMC YUKON DENALI, VIN 1GKEK63U21J219267,
2009 NISSAN FRONTIER CREW CAB, VIN 1N6AD07W29C413694,
$6,121.00 IN UNITED STATES CURRENCY,

        Defendants.

---

### ORDER GRANTING DEFENDANT'S MOTION
### FOR LEAVE TO APPEAR AT THE JULY 2, 2012 STATUS CONFERENCE
### VIA TELEPHONE (Docket No. 13)

---

THIS COURT having duly considered Defendant, 2009 NISSAN FRONTIER CREW CAB, VIN 1N6AD07W29C413694, Motion for Leave to Appear at July 2, 2012 Status Conference via Telephone, and finding that it has merit, hereby orders the motion GRANTED.

IT IS, THEREFORE, ORDERED that Defendant's counsel be allowed to attend said Scheduling Conference on July 2, 2012 at 9:30 A.M. via telephone. (303-) 844-2403

Dated this 26TH day of June, 2012.

        _/s/ Michael J. Watanabe_

        MICHAEL J. WATANABE
        U.S. MAGISTRATE JUDGE
        DISTRICT OF COLORADO