**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-1121-WJM-MJW

UNITED STATES OF AMERICA

      Plaintiff,

v.

$15,410.00 IN UNITED STATES CURRENCY,
2001 GMC YUKON DENALI, VIN 1GKEK63U21J219267,
2009 NISSAN FRONTIER CREW CAB, VIN 1N6AD07W29C413694,
$6,121.00 IN UNITED STATES CURRENCY

      Defendants.

_____

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**
_____

      This matter comes before the Court on the United States' Motion for Default and

Final Order of Forfeiture as to Defendant $6,121.00.00 in United States Currency, filed

August 8, 2012 (ECF No. 30).  The Court having reviewed the Motion FINDS as follows:

    1.     That the United States commenced this action *in rem* pursuant to 21 U.S.C.

         § 881;

    2.     That all known interested parties have been provided with an opportunity to

         respond and that publication has been effected as required by Rule G(4) of

         the Supplemental Rules for Admiralty or Maritime Claims and Asset

         Forfeiture Actions ;

    3.     That after proper notice, neither the known potential claimants, nor any other

         third party, has filed a Claim or Answer as to defendant $6,121.00 in United

States Currency as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

4.   That Entry of Default was entered by the Clerk fo the Court on August 21, 2012 (ECF No. 29);

5.   That based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant $6,121.00 in United States Currency, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a Forfeiture Order under 21 U.S.C. § 881;

6.   That the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture as to defendant $6,121.00 in United States Currency'

7.   That the Clerk of Court shall be directed to enter Judgment as to defendant $6,121.00 in United States Currency;

Based on the foregoing the Court hereby ORDERS as follows:

1.   The Government's Motion for Default and Final Order of Forfeiture as to Defendant $6,121.00 in United States Currency is GRANTED.

2.   That default and forfeiture of defendant $6,121.00 in United States Currency, including all right, title, and interest is hereby entered in favor of

2

the United States pursuant to 21 U.S.C. § 881;

3.     That the United States shall have full and legal title as to defendant

$6,121.00 in United States Currency and may dispose of said property in

accordance with law;

4.     That this Default and Final Order of Forfeiture shall serve as a Certificate

of Reasonable Cause as to defendant $6,121.00 in United States

Currency under 28 U.S.C. § 2465; and

5.     That the Clerk of Court is DIRECTED to enter Judgment as to defendant

$6,121.00 in United States Currency.

Dated this 6th day of November, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge