**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-01121-RM-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$15,410.00 IN UNITED STATES CURRENCY,
2001 GMC YUKON DENALI, VIN 1GKEK63U21J219267,
2009 NISSAN FRONTIER CREW CAB, VIN 1N6AD07W29C413694,
$6,121.00 IN UNITED STATES CURRENCY,

        Defendants.

---

**FINAL ORDER OF FORFEITURE ONLY AS TO DEFENDANT 2009 NISSAN
FRONTIER CREW CAB, VIN 1N6AD07W29C413694**

---

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture Only as to Defendant 2009 Nissan Frontier Crew Cab, VIN 1N6AD07W29C413694 ("Unopposed Motion") (ECF No. 47) filed June 18, 2013.  The Court having reviewed the Unopposed Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond (ECF No. 8) and that publication has been effected as required by Supplemental Rule G(4) (ECF No. 19);

THAT the United States and Claimant Joseph Vittum, through Joseph Saint-Veltri, Esq., (collectively, "parties") have reached a settlement in this case and have filed a Settlement Agreement with the Court resolving all issues in dispute as to defendant 2009 Nissan Frontier Crew Cab, VIN 1N6AD07W29C413694;

THAT no other claims to defendant 2009 Nissan Frontier Crew Cab, VIN 1N6AD07W29C413694 have been filed;

THAT upon agreement of the parties, Claimant Joseph Vittum agrees to forfeit $6,500.00 in lieu of forfeiture of defendant 2009 Nissan Frontier Crew Cab, VIN 1N6AD07W29C413694, which funds will be forfeited pursuant to 21 U.S.C. § 881 and disposed of in accordance with law;

THAT the United States has now received from Claimant Joseph Vittum the $6,500.00 to be forfeited in lieu of defendant 2009 Nissan Frontier Crew Cab, VIN 1N6AD07W29C413694;

THAT upon agreement of the parties, the United States has agreed to return to Claimant Joseph Vittum defendant 2009 Nissan Frontier Crew Cab, VIN 1N6AD07W29C413694; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

**NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

1. THAT United States' Unopposed Motion (ECF No. 47) filed June 18, 2013 is **GRANTED**;

2. THAT judgment of forfeiture of $6,500.00 in lieu of defendant 2009 Nissan Frontier Crew Cab, VIN 1N6AD07W29C413694 is hereby entered in favor of the United States;

3. THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

4. THAT the United States shall return to Claimant Joseph Vittum defendant 2009 Nissan Frontier Crew Cab, VIN 1N6AD07W29C413694; and

5. THAT a Certificate of Reasonable Cause, which this Order constitutes, is **GRANTED** as to defendant 2009 Nissan Frontier Crew Cab, VIN 1N6AD07W29C413694 pursuant to 28 U.S.C. § 2465.

DATED this 21st day of June, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge