# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01121-RM-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$15,410.00 IN UNITED STATES CURRENCY,
2001 GMC YUKON DENALI, VIN 1GKEK63U21J219267,
2009 NISSAN FRONTIER CREW CAB, VIN 1N6AD07W29C413694, and
$6,121.00 IN UNITED STATES CURRENCY,

    Defendants.

---

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(b), the following Judgment is hereby entered.

Pursuant to and in accordance with the Final Order of Forfeiture Only as to Defendant 2009 Nissan Frontier Crew Cab, VIN 1N6AD07W29C413694 [Doc. No. 48, filed June 21, 2013] entered by the Honorable District Judge Raymond P. Moore, the following JUDGMENT is hereby entered:

1. United States' Unopposed Motion for Final Order of Forfeiture Only as to Defendant 2009 Nissan Frontier Crew Cab, VIN 1N6AD07W29C413694 [Doc. No. 47, filed June 18, 2013] is GRANTED;

2. Judgment of forfeiture of $6,500.00 in lieu of defendant 2009 Nissan Frontier Crew Cab, VIN 1N6AD07W29C413694 is hereby entered in favor of the United States;

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with the terms and provisions of the parties' Settlement Agreement;

4. The United States shall return to Claimant Joseph Vittum defendant 2009 Nissan Frontier Crew Cab, VIN 1N6AD07W29C413694; and

5. A Certificate of Reasonable Cause, which Final Order of Forfeiture [48] constitutes, is GRANTED as to defendant 2009 Nissan Frontier Crew Cab, VIN 1N6AD07W29C413694 pursuant to 28 U.S.C. § 2465.

Dated at Denver, Colorado this 21st day of June, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk