IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  12-cv-01121-RM-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

$15,410.00 IN UNITED STATES CURRENCY,
2001 GMC YUKON DENALI, VIN 1GKEK63U21J219267,
2009 NISSAN FRONTIER CREW CAB, VIN 1N6AD07W29C413694,
$6,121.00 IN UNITED STATES CURRENCY,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Claimant Joseph Vittum's Motion to Withdraw Motion for Specific Performance (Docket No. 52) is GRANTED.  The Motion for Specific Performance (Docket No. 50) is hereby WITHDRAWN.

Date: July 30, 2013